**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1242**

KIMBERLY T. SPENCE,

                    Plaintiff - Appellant,

          v.

CARL J. WILLIS, II,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:15-cv-00057-BO)

Submitted:  May 21, 2015                    Decided:  May 26, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kimberly T. Spence, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly T. Spence appeals the district court's order dismissing her petition to remove her state child-custody case to federal court as improperly filed, construing her petition as a complaint, and dismissing the complaint under the Rooker-Feldman[*] doctrine. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Spence's informal brief does not challenge the basis for the district court's disposition, Spence has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment and deny Spence's motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] D.C. Court of Appeals v. Feldman, 460 U.S. 462 (1983); Rooker v. Fid. Trust Co., 263 U.S. 413 (1923)